**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 AUG 30 PM 1:35

```
_____
AROR-ARK ARK O'DIAH,                        )   CASE No.: 22-CV-04685
                                            )   PURSUANT TO
                          Plaintiff,        )   F.R.C.P. 60(b) NOTICE OF
                                            )   OF PRO SE PLAINTIFF'S
              vs.                           )   EXPARTE MOTION TO
                                            )   VACATE JUNE 14, 2022
UNITED STATES SMALL BUSINESS ADMINISTRATION )   COURT ORDER OF
/A/K/A/ SBA, and ISABEL CASILLAS GUZMAN, and BETH) DISMISSAL WITHOUT
GOLDBERG; NEW YORK CITY and SCOTT M. STRINGER;) PREJUDICE ISSUED BY
FEDEX EXPRESS; NEW YORK STATE DEPARTMENT OF )   JUDGE VALERIE CAPRONI,
TEMPORARY AND DISABILITY ASSISTANCE, and STATE OF) USDJ.
NEW YORK EXECUTIVE DEPARTMENT VICTIM SERVICES,)
/A/K/A/ NEW YORK STATE; SOCIAL SECURITY     )
ADMINISTRATION; UNITED STATES POSTAL SERVICE;)
RENAISSANCE EQUITY HOLDINGS LLC, AND OWNER, and)
FLATBUSH GARDENS; ROBERT A. KATZMANN, judge, and)
DEBRA ANN LIVINGSTON, Chief judge; THOMAS, Chief)
Judge; PAMELA K. CHEN, judge, and SANDRA J. )
FEUERSTEIN, judge; WILLIAM H. ALSUP, judge; )
RANDALL ENG, judge, and ARTHUR COOPERMANN, judge;)
OPTIMUM CABLE TV /A/K/A/ OPTIMUM, and       )
CSC HOLDING LLC, a subsidiary of ALTICE USA, INC.;)
CITY MD BROOKLYN HEIGHT; FULTON VISION CENTER, and)
OWNER; CARECREDIT /A/K/A/ CARECREDIT/SYNCHRONY)
BANK; SYNCHRONY BANK; BRIAN DOUBLES; RICHARD )
WALSH, Esq; ALEXANDRA E. CLAUS, Esq; AMY SECTER, Esq;)
DARIN BILLIG, Esq; CURTIS JACKSON, Esq; PARK & NGUYEN;)
STEVEN P. ORLOWSKI, Esq; ALL THE JUDGES AT THE NEW)
YORK STATE SUPREME COURT IN KINGS AND QUEENS)
COUNTIES; SEPTEMBER 11 VICTIM COMPENSATION FUND;)
AUGUST FLENTJE, Special Master; KIMBERLY C. BROWN,)
Director of Operation; NEW YORK CITY DEPARTMENT)
OF HOUSING PRESERVATION AND DEVELOPMENT /A/K/A/)
NEW YORK CITY; DR. KILOLO KIJAKAZI, SSA COMMISSIONER;)
CAPITAL ONE BANK, N.A.; In Their Individual and Official)
Capacities,                     Defendants. )
_____)
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/31/22

**F.R.C.P. 60(b) NOTICE OF PRO SE PLAINTIFF'S EXPARTE MOTION TO VACATE 06/14/2022 COURT ORDER.**

(1)

**TO ALL THE DEFENDANTS NAMED IN THIS ABOVE-CAPTIONED CIVIL ACTION:**

**PLEASE TAKE NOTICE** that on August 30, 2022, or soon thereafter, Pro Se Plaintiff Aror-Ark Ark O'Diah will appear before the United States District Court for the Southern District of New York via submission of this instant (1) NOTICE OF EXPARTE MOTION WITH (2) SUPPORTING AFFIDAVIT WITH (3) THE ATTACHED EXHIBITS to move the Court to DECLARE NULL AND VOID, AND TO VACATE the Court Dismissal Order Without Prejudice issued by Judge VALERIE CAPRONI, USDJ, on June 14, 2022.

**PLEASE TAKE FURTHER NOTICE** that this EXPARTE MOTION would be heard by the United State District Court for the Southern District of New York in Manhattan, New York, by assigned Judge, on September 30, 2022, or at the Court's own scheduled date and time.

**PLEASE TAKE FURTHER NOTICE** that Pro Se Plaintiff Aror-Ark Ark O'Diah, hereby request that this EXPARTE MOTION should be heard on submission without personal appearance for argument, because this Court have not issued summons on the Defendants, although, each of the Defendant named in this above-caption action has been served Pro Se Plaintiff's copies of COMPLAINT WITH "NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMON" WITH RETURN SELF-ADDRESSED PREPAID STAMPED ENVELOPES on June 9, 2022. And none of the Defendant has appeared in this above-captioned civil action.

**Dated: August 30, 2022.**

Respectfully Submitted By:

*Aror-Ark Ark O'Diah*

**Aror-Ark Ark O'Diah, Pro Se Plaintiff.**
**TIMESPEED WORLDWIDE**
3403 Foster Ave, Apt 4B
Brooklyn, NY 11210-6439. (347) 614-8799
aror@timespeedworldwideinfo.com   GlobalJudicialWatch@gmail.com

"A motion for reconsideration should be granted only when the defendant identifies 'an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice.'" *Kolel Beth Yechiel Mechil of Tartikov, Inc. v. YLL Irrevocable Tr.*, 729 F.3d 99, 104 (2d Cir. 2013) (citation omitted). Because Plaintiff has not identified an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice, his motion for reconsideration of the Court's order at Docket 3 is DENIED. The Clerk of Court is respectfully directed to close the open motion at Docket 6 and mail a copy of this order to Plaintiff.

SO ORDERED.

*[signature]* 8/31/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE